appeal. Decided May 27, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Mr. Juan de Guzmán Benítez* for petitioner. The respondent did not appear.

---

No. 147. ESMORIS *v.* RODRÍGUEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided May 31, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. Ramírez* for respondent.

---

No. 148. ESMORIS *v.* RODRÍGUEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided May 31, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. Ramírez* for respondent.

---

No. 149. MIRANDO *v.* LUGO ET AL.—Appeal from the District Court of Ponce. Motion to dismiss appeal. Decided June 12, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this Court. *Mr. Emigdio Ginorio* for petitioner. *Mr. Llorens Torres* for respondent.